UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID KRAEMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USHEALTH ADVISORS, LLC,<br><br>Defendant. | ) | Case No. 3:24-cv-00275-DWD |

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant USHEALTH Advisors, LLC ("USHA") discloses that its parent corporation is USHEALTH Group, Inc., and that USHA is a wholly-owned indirect subsidiary of UnitedHealth Group Incorporated, which is a publicly traded corporation.

Dated: March 7, 2024

Respectfully submitted,

GREENSPOON MARDER LLP

*/s/ Douglas R. Sargent*

Douglas R. Sargent (6290671)
The Franklin, 227 W. Monroe Street, Suite 3950
Chicago, IL 60606
(773) 395-1601
doug.sargent@gmlaw.com
alejandra.albuerne@gmlaw.com

Jeffrey A. Backman
(*pro hac vice* application forthcoming)
Roy Taub (admitted *pro hac vice*)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140
jeffrey.backman@gmlaw.com

mary.torres@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendant USHEALTH Advisors, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 7, 2024, a true and correct copy of the foregoing was served on all counsel of record via CM-ECF.

*/s/ Douglas R. Sargent*
DOUGLAS R. SARGENT