UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KRAEMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USHEALTH ADVISORS, LLC,<br><br>Defendant. | Case No. 3:24-cv-00275-DWD |

**PLAINTIFF'S MOTION FOR CASE MANAGEMENT CONFERENCE**

Plaintiff, by and through counsel, respectfully move this Court to schedule this matter for a remote or telephonic case management conference. In support thereof, Plaintiff state as follows:

1. The Parties have reached an agreement as to the monetary amount of an individual settlement in this case.

2. However, the Parties have been unable to finalize their agreement and have reached an impasse regarding the written terms of the agreement.

3. The Parties' counsel have met and conferred, but these attempts have been unsuccessful.

4. Indeed, Defendant has attempted to impose numerous non-monetary requirements that were not originally contemplated by the Parties' agreement.

5. Plaintiff submits that an individual settlement of this case remains possible and would be mutually beneficial to both Parties.

6. As a result, Plaintiff respectfully requests that this Court schedule a case

management conference or a Court supervised settlement conference to assist the Parties in finalizing the settlement agreement terms.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
COLEMAN PLLC
66 West Flagler Street
Suite 900
Miami, FL 33130
(877) 333-9427
law@stefancoleman.com

*Attorneys for Plaintiff and the putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 20, 2026, a true and correct copy of the foregoing was served on all counsel of record via CM-ECF.

*/s/ Avi R. Kaufman*
Avi R. Kaufman