UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID KRAEMER, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:24-cv-00275-DWD |
| USHEALTH ADVISORS, LLC, | ) | |
| Defendant. | ) | |

**DEFENDANT USHEALTH ADVISORS, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR CASE MANAGEMENT CONFERENCE**

Defendant USHEALTH Advisors, LLC ("USHA") files this Response to Plaintiff David Kraemer's Motion for Case Management Conference. In May 2025, the parties, through counsel, reached a settlement of this case. Counsel for USHA circulated the draft settlement agreement on June 5, 2025. It was not until September 4, 2025 that counsel for Plaintiff responded, insisting upon a form of settlement agreement that was never previously mentioned, let alone agreed to by the parties. The last communication from counsel for Plaintiff was on October 14, 2025.

In the meantime, there was no activity in the case since May 2025, and that continued until January 20, 2026, when Plaintiff filed his Motion for Case Management Conference. No pre-filing conferral took place. That same day, the Court directed USHA to file a response indicating whether it would oppose a case management conference or a settlement conference. *See* Dkt. No. 43. USHA's position is that the parties have an agreement (Plaintiff's motion concedes that there is a settlement as well). USHA reserves all rights in that regard. Without waiver of any of its rights, and in the hopes of achieving an efficient resolution and avoid settlement-related motion practice, USHA advises the Court that it has no objection to a settlement conference.

Dated: January 28, 2026

Respectfully submitted,

GREENSPOON MARDER LLP

/s/ Roy Taub
Jeffrey A. Backman (*pro hac vice*)
Roy Taub (*pro hac vice*)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

Douglas R. Sargent (6290671)
The Franklin, 227 W. Monroe Street, Suite 3950
Chicago, IL 60606
(773) 395-1601
doug.sargent@gmlaw.com
alejandra.albuerne@gmlaw.com

*Attorneys for Defendant USHEALTH Advisors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 28, 2026, a true and correct copy of the foregoing was served on all counsel of record via CM-ECF.

/s/ Roy Taub
ROY TAUB