UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID KRAEMER, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00275-DWD |
| v. | ) | |
| USHEALTH ADVISORS, LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff David Kraemer and Defendant USHEALTH Advisors, LLC have reached a settlement of all of Plaintiff's claims in this action. The parties expect to be in position to file necessary papers with the Court within thirty (30) days.

Dated: March 5, 2026

Respectfully submitted,

GREENSPOON MARDER LLP

*/s/ Roy Taub*

Jeffrey A. Backman (*pro hac vice*)
Roy Taub (*pro hac vice*)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

Douglas R. Sargent (6290671)
The Franklin, 227 W. Monroe Street, Suite 3950
Chicago, IL 60606
(773) 395-1601
doug.sargent@gmlaw.com
alejandra.albuerne@gmlaw.com

*Attorneys for Defendant USHEALTH Advisors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 5, 2026, a true and correct copy of the foregoing was served on all counsel of record via CM-ECF.

*/s/ Roy Taub*
ROY TAUB