UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID KRAEMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USHEALTH ADVISORS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:24-cv-00275-DWD |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kraemer and Defendant USHealth Advisors, LLC hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 13, 2026

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
COLEMAN PLLC
66 West Flagler Street
Suite 900
Miami, FL 33130
(877) 333-9427
law@stefancoleman.com
*Attorneys for Plaintiff and the putative Class*

GREENSPOON MARDER LLP

*/s/ Roy Taub*
Jeffrey A. Backman (pro hac vice)
Roy Taub (pro hac vice)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

Douglas R. Sargent (6290671)
The Franklin, 227 W. Monroe Street, Suite 3950
Chicago, IL 60606
(773) 395-1601
doug.sargent@gmlaw.com
alejandra.albuerne@gmlaw.com

*Attorneys for Defendant USHEALTH Advisors, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 13, 2026, a true and correct copy of the foregoing was served on all counsel of record via CM-ECF.

*/s/ Avi R. Kaufman*
Avi R. Kaufman