**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DAVID KRAEMER,**<br>*individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**USHEALTH ADVISORS, LLC,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:24-cv-275-DWD** |

**JUDGMENT IN A CIVIL ACTION**

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by the Court on March 18, 2026 (Doc. 52), as well as the Stipulation of Dismissal (Doc. 51), this matter is **DISMISSED with prejudice** and each party shall bear its own fees and costs.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: March 19, 2026**

**MONICA A. STUMP, Clerk of Court**

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**